CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 19 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. _713cr68_ |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| DEMARCUS MANDELL BROWN | ) | **In Violation of:** |
| | ) | **18 U.S.C. § 111** |

## COUNT ONE

The Grand Jury charges:

1. On or about March 27, 2013, in the Western District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and forcibly assaulted, resisted, opposed, impeded, and interfered with Deputy United States Marshal Clifford Aaron Helton while he was engaged in the performance of his official duties, and in doing so made physical contact with and inflicted bodily injury upon Deputy United States Marshal Clifford Aaron Helton.

2. All in violation of Title 18, United States Code, Sections 111(a) & (b).

## COUNT TWO

The Grand Jury charges:

3. On or about March 27, 2013, in the Western District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and forcibly assaulted, resisted, opposed, impeded, and interfered with Supervisory Deputy United States Marshal Wade S. Hepburn while he was engaged in the performance of his official duties, and in doing so made physical contact with Supervisory Deputy United States Marshal Wade S. Hepburn.

1. All in violation of Title 18, United States Code Sections 111(a).

*2013R00441*

1

A TRUE BILL this __19th__ day of September, 2013.

FOREPERSON

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

*2013R00441*

2