FILED: May 30, 2017

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 16-7482
(7:13-cr-00068-MFU-RSB-1)
(7:15-cv-80871-MFU-RSB)

_____

DEMARCUS MANDELL BROWN

Petitioner - Appellant

v.

UNITED STATES OF AMERICA

Respondent - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered 04/06/2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

_/s/Patricia S. Connor, Clerk_